UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Filed 11/17/2022 1:32 pm.
P. Richmond

KENT WILLIAMS,

    Plaintiff,

v.

LANDON FOX, Guard,

    Defendant.

Case No. 1:16-cv-00143-DCN

**SPECIAL VERDICT FORM UNDER FED. R. CIV. P. 49(a)**

We, the duly empaneled jury in this case, answer the following questions:

<u>General</u>

**Question No. 1**: Was Fox an employee of Ada County Jail on January 11 & 12, 2016?

**Answer to Question No. 1**: NO _____     YES __X__

**Question No. 2**: Did the Standard Operating Procedures (SOP) contain jail policies that were relevant to Fox's decisionmaking and that were in effect on January 11 & 12, 2016?

**Answer to Question No. 2**: NO _____     YES __X__

**Question No. 3**: Did the Inmate Handbook contain jail policies that were relevant to Fox's decisionmaking and that were in effect on January 11 & 12, 2016?

**Answer to Question No. 3**: NO _____     YES __X__

**Question No. 4**: Did any of Fox's supervisors issue orders that may fairly be said to represent official jail policies that were relevant to Fox's decisionmaking and that were in effect on January 11 & 12, 2016?

**Answer to Question No. 4**: NO _____  YES  X

**Question No. 5**: Did Fox help create one or more of the policies at issue?

**Answer to Question No. 5**: NO  X  *DCN*  YES  ~~X~~

## Claim 1

### Grievances 1 & 2

**Question No. 6**: Did Fox refuse to accept or process Grievance 1 and/or 2?

**Answer to Question No. 6**: NO _____  YES  X

If your answer to Question No. 6 is "Yes", proceed to Question No. 7. If your answer to Question No. 6 is "No", proceed to Question No. 15.

**Question No. 7**: Was Fox's refusal to accept or process Grievance 1 and/or 2 consistent with some or all jail policies?

**Answer to Question No. 7**: NO _____  YES  X

**Question No. 8**: Was the language of the grievances a substantial or motivating factor or reason that Fox refused to accept or process Grievance 1 and/or 2?

**Answer to Question No. 8**: NO _____  YES  X

**Question No. 9**: Without regard to the language Williams used in Grievance 1 and/or 2, do you find that Grievance 1 and/or 2 presented a legitimate issue and sought a legitimate resolution of that issue?

**Answer to Question No. 9**: NO  X  YES _____

**Question No. 10:** Did Fox refuse to accept or process Grievance 1 and/or 2 because he knowingly or purposely wanted to block Williams from being able to present complaints containing legitimate issues to jail personnel for their consideration and resolution?

**Answer to Question No. 10:** NO  X        YES _____

**Question No. 11:** Did Fox end the grievance process as to Grievance 1.

**Answer to Question No. 11:** NO  X        YES _____

**Question No. 12:** Did Fox end the grievance process as to Grievance 2.

**Answer to Question No. 12:** NO  X        YES _____

**Question No. 13:** Was Fox's reliance on, and enforcement of, one or more of the jail policies a substantial or motivating factor or reason that Fox did not accept or process Williams's Grievance 1 and/or 2?

**Answer to Question No. 13:** NO _____        YES  X

**Question No. 14:** Could a reasonable jail employee in Fox's position have determined that one or more of the jail policies permitted him to return Grievance 1 and/or 2 to Plaintiff rather than accept or process it?

**Answer to Question No. 14:** NO _____        YES  X

<u>Claim 2</u>

<u>Verbal Retaliation of Harm</u>

**Question No. 15:** Did Fox, on January 11, 2016, verbally threaten Williams with bodily harm because of his grievances?

**Answer to Question No. 15:** NO  X        YES _____

If your answers to Question No. 15 is "Yes", proceed to Question 16. If your answer to Question No. 15 is "No" proceed to Question No. 18.

**Question No. 16**: If Fox verbally threatened Williams with bodily harm, was Williams's disrespectful language a substantial or motivating factor behind Fox's threat?

**Answer to Question No. 16**: NO _____ YES _____

**Question No. 17**: If Fox verbally threatened Williams with bodily harm, was the threat sufficient to chill or silence a person of ordinary firmness from filing grievances?

**Answer to Question No. 17**: NO _____ YES _____

Claim 3

Verbal Retaliation – Threat of Discipline

**Question No. 18**: Did Fox verbally warn of, or threaten Williams with, disciplinary action if he continued to file grievances?

**Answer to Question No. 18**: NO _X_ YES _____

**Question No. 19**: Did Fox verbally warn of, or threaten Williams with, disciplinary action if he continued to use disrespectful language in grievances?

**Answer to Question No. 19**: NO _____ YES _X_

If your answers to both Questions 18 and 19 are "No", proceed to Question No. 24. If your answer to either or both Questions 18 and 19 is "Yes", proceed to Question No. 20.

**Question No. 20**: If Fox warned of, or threatened Williams with, disciplinary action, was Williams's disrespectful language a substantial or motivating factor behind Fox's warning or threat?

**Answer to Question No. 20**: NO _____ YES _X_

**Question No. 21**: If Fox warned of, or threatened Williams with, disciplinary action, was the warning or threat sufficient to chill or silence a person of ordinary firmness from filing grievances?

**Answer to Question No. 21**: NO __X__   YES_____

**Question No. 22**: In his decisionmaking regarding giving a verbal warning or threat of disciplinary action to Williams, did Fox rely on, or enforce, one or more of the jail policies?

**Answer to Question No. 22**: NO _____   YES __X__

If you answered "Yes" to Question No. 22, please answer Question No. 23. If you answered "No" to Question No. 22, proceed to Question No. 24.

**Question No. 23**: Could a reasonable jail employee in Fox's position have determined that one or more of the jail policies permitted him to give a verbal warning or threat of disciplinary action to Williams?

**Answer to Question No. 23**: NO _____   YES __X__

<u>Claim 4</u>

<u>Written Retaliation-Threat of Discipline</u>

**Question No. 24:** In Fox's written response to Grievance 3, did Fox warn of, or threaten Williams with, disciplinary action if he continued to file grievances?

**Answer to Question No. 24:** NO __X__   YES _____

[reminder of page left intentionally blank]

**Question No. 25**: In Fox's written response to Grievance 3, did Fox warn of, or threaten Williams with, disciplinary action if he continued to use disrespectful language in grievances?

**Answer to Question No. 25:** NO  X          YES _____

If your answers to both Questions 24 and 25 are "No," then you are done. Please sign and date the special verdict and alert the clerk. If your answer to either or both Questions 24 and 25 is "Yes," proceed to Question No. 26.

**Question No. 26**: In Fox's written response to Grievance #3, if Fox warned of, or threatened Williams with disciplinary action, was Williams's disrespectful language a substantial or motivating factor behind Fox's warning or threat?

**Answer to Question No. 26:** NO _____          YES _____

**Question No. 27**: In Fox's written response to Grievance 3, if Fox warned of, or threatened Williams with, disciplinary action, was the warning or threat sufficient to chill or silence a person of ordinary firmness from filing grievances?

**Answer to Question No. 27:** NO _____          YES _____

**Question No. 28**: In his decisionmaking regarding giving a written warning or threat of disciplinary action to Williams, did Fox rely on or enforce one or more of the jail policies?

**Answer to Question No. 28:** NO _____          YES _____

If you answered "Yes" to Question No. 28, please answer Question No. 29. If you answered "No" to Question No. 28, you are done. Please sign and date the special verdict and alert the clerk.

**Question No. 29**: Could a reasonable jail employee in Fox's position have determined that one or more of the jail policies permitted him to give the written warning or threat of disciplinary action to Williams?

**Answer to Question No. 29**: NO _____  YES_____

You are done. Please sign and date the special verdict and alert the clerk.

Dated: 11/17/22    Presiding Juror: _____

[reminder of page left intentionally blank]